UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>  Petitioner,<br><br>v.<br><br>HUNTER ANGLEA,<br><br>  Respondent. | No. 2:19-cv-00013 KJM GGH P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo.

---

[1] Although petitioner submitted "Objections to Magistrate Judge's Findings and Recommendations," petitioner states it is an "unobjection[able] pleading" to the court's July 12, 2019 Findings and Recommendations. ECF No. 28.

1

*See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2019, are adopted in full;

2. Respondent's Motion to Dismiss Unexhausted Claims (ECF No. 22) is denied;

3. Claim 2 and the Double Jeopardy part of Claim 4 of the Petition should be summarily dismissed;

4. Respondent is ordered to answer Claims 1, 3, and the Due Process evidentiary claim of Claim 4 within 30 days from the date of this order; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Dated: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE