UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | No.  2:19-cv-00013 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| HUNTER ANGLEA, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 14, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 38. Petitioner has filed objections to the findings and recommendations. ECF No. 39.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

     The court writes separately to address one of petitioner's objections, namely, that his first claim for relief concerning the sufficiency of the evidence was exhausted as to more than the

single element discussed in the findings and recommendations.  Petitioner was convicted of making a criminal threat against prison staff.  ECF No. 25 at 1.  The state criminal charge requires proof of five elements.  ECF No. 38 at 12-13 (quoting ECF No. 32-14 at 6-10).  The magistrate judge found petitioner had only exhausted state court remedies with respect to a challenge to the sufficiency of evidence to support one of the elements.  *Id*. at 5-8.  Petitioner objects, contending he adequately raised a challenge to the sufficiency of evidence relied on to support additional elements of the criminal threat charge in a motion filed in the state court of appeal that was appended to his July 2, 2018 state Supreme Court habeas petition.  The court need not resolve the question of whether petitioner adequately presented a complete sufficiency of evidence claim to the California Supreme Court, separate from his ineffective assistance of counsel claim, in order to deny the claim on the merits.  *See* 28 U.S.C. § 2254(b)(2).  Review of the evidence adduced at trial, as set forth in the state court of appeal opinion and quoted in the findings and recommendations, *see id*. at 3-5 (quoting *People v. Becker*, No. C080909, 2018 WL 897499, at *1-2 (Cal. Ct. App. Feb. 15, 2018)), shows there was sufficient evidence to support each element of the criminal threat charge for which petitioner was convicted.  For this reason, petitioner's sufficiency of the evidence claim is denied.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed October 14, 2020 are adopted as modified by this order;

      2. The first amended habeas petition (ECF No. 19) is denied; and

      3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2